In re:            Chapter 13
               Case No. 21-10328 DM

ALEXANDRA COCK

AMENDED OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE
CLAIMANT: DR. NAOMI MARKS

Debtor(s)_____/ CLAIM NO: 20-1

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| Dr. Naomi Marks<br>2315 Curtis Street<br>Berkeley, CA 94702 | $64,200.00 | September 01, 2021 |

The basis for the objection is that the claim:

- ☐ duplicates claim no. _____ filed on _____ by _____
- ☐ does not include a copy of the underlying judgment.
- ☐ does not include a copy of the security agreement and evidence of perfection.
- ☐ fails to assert grounds for priority.
- ☐ does not include a copy of the assignment(s) upon which it is based.
- ☐ appears to include interest or charges accrued after the filing of this case on _____
- ☐ is not timely filed.
- **X** Debtor has no obligation to this creditor as to any investment loss.  Pursuant to the judgment for resolving adversary complaint regarding these investments, the claimant is entitled to a refund of management fees and commissions/referral fees that were incurred on or after October 2016.  The claimant's claim is therefore proposed to be allowed as a Class 6 unsecured claim in the amount of $2,209.05 as set forth below.

As set forth in B.L.R. 9013-1(b) and (d), to the extent the basis for the objection relies upon factual assertions, such assertions must be supported by a declaration, and to the extent the basis for the objection relies upon legal assertions, such assertions must be supported by a memorandum of points and authorities.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

- ☐ allowed as a secured claim in the amount of:    $ _____
- ☐ allowed as an unsecured claim in the amount of:    $ _____
- ☐ allowed as a priority claim in the amount of:    $ _____
- ☐ disallowed in its entirety
- **X** pursuant to the judgment resolving adversary complaint
  allowed as a class 6 general unsecured claim in the amount of: $2,209.05

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007, as modified by B.L.R. 3007-1(c) and 9014-1, that: (1) Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of mailing the notice;

(2) Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

(3) If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

(4) In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated   March 29, 2022                    /s/ David A. Boone
                                                      [Attorney for] Objecting Party

DEBTOR(S') ADDRESS:               Law Offices of David A. Boone
Alexandra Cock                           1611 The Alameda
PO Box 7225                               San Jose, CA 95126
Cotati, CA 94931                         Telephone: 408-291-6000

# CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 1611 The Alameda, San Jose, CA 95126. I served this AMENDED OBJECTION TO CLAIM; DECLARATION OF DEBTOR; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 29, 2022 at San Jose, California.    /s/ Daniel Wang
                                                  Daniel Wang

Dr. Naomi Marks
2315 Curtis Street
Berkeley, CA 94702

Law Offices of Jeffrey A. Feldman
44 Montgomery Street, Suite 650
San Francisco, CA 94104

Rev. 4/2018